UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE:  CASE NO.: 24-30739
CHAPTER 13

Douglas K. Ivey,
   Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

    Robertson, Anschutz, Schneid & Crane LLP
    Attorney for Secured Creditor
    1 Park Plaza, Suite 600
    Irvine, CA 92614
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: /s/Theron S. Covey
        Theron S. Covey
        Email: tcovey@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 8, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DOUGLAS K. IVEY
3330 PARADISE DR.
TIBURON, CA 94920

And via electronic mail to:

DAVID BURCHARD
P.O. BOX 8059
FOSTER CITY, CA 94404

OFFICE OF THE U.S. TRUSTEE / SF
PHILLIP J. BURTON FEDERAL BUILDING
450 GOLDEN GATE AVE. 5TH FL., #05-0153
SAN FRANCISCO, CA 94102

By: /s/ Amber Matas